**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/06/2017

IN RE:

JOANN HICKEY
1802 E. 4TH STREET
ERIE, PA 16511
XXX-XX-1241          Debtor(s)

Case No.12-11095 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/6/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**ARROW FINANCIAL SERVICE LLC++**
5996 WEST TOUHY AVE

NILES, IL  60714-4610

Trustee Claim Number: 1   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  JUDGMNT~AVD/OE

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 5251

---

**WILMINGTON SAVINGS FUND SOCIETY FSB D/B**
C/O SHELLPOINT MORTGAGE SVCNG
PO BOX 10826

GREENVILLE, SC  29603-0826

Trustee Claim Number: 2   INT %: 0.00%
Court Claim Number: 5

CLAIM:  0.00
COMMENT:  PMT/DECL*DKT4PMT-LMT*CL5GOVS*525/PL*BGN 8/12*1ST*FR BOA-D78*FR WILMII

CRED DESC:  MORTGAGE REGULAR PAYMEI
ACCOUNT NO.: 9486

---

**CNAC-OH 105**
15200 LORAIN AVE

CLEVELAND, OH  44111-5531

Trustee Claim Number: 3   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  SURR/PL*ADR/NTC

CRED DESC:  VEHICLE
ACCOUNT NO.: 02 FORD ESCORT

---

**CITIFINANCIAL SERVICING LLC**
PO BOX 70919

CHARLOTTE, NC  28272-0919

Trustee Claim Number: 4   INT %: 0.00%
Court Claim Number: 3

CLAIM:  15,319.75
COMMENT:  AVD/OE*2ND~EQUITY LOAN/SCH*FR ONEMAIN*DOC 81*LIEN RELEASED/CR

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 2637

---

**ALLCARE DENTAL & DENTURES++**
ONE HSBC CENTER FL 26

BUFFALO, NY  14203-2843

Trustee Claim Number: 5   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  NT ADR/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: ?

---

**PRA/PORTFOLIO RECOVERY ASSOC**
POB 12914

NORFOLK, VA  23541

Trustee Claim Number: 6   INT %: 0.00%
Court Claim Number: 6

CLAIM:  1,045.16
COMMENT:  486236266335/SCH*CAP 1

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 1875

---

**CMI**
4200 INTERNATIONAL PKWY

CARROLLTON, TX  75007-1906

Trustee Claim Number: 7   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  TIME WARNER CABLE NE OH DIVISION/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 4771

---

**LTD FINANCIAL SVCS**
AKA  LTD ACQUISITIONS LLC
7322 SOUTHWEST FREEWAY #1600

HOUSTON, TX  77074

Trustee Claim Number: 8   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  CITIBANK/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 504994031009

---

**CAPITAL RECOVERY GROUP LLC - AGENT INSC**
DEPT 3203
PO BOX 123203

DALLAS, TX  75312-3203

Trustee Claim Number: 9   INT %: 0.00%
Court Claim Number: 4

CLAIM:  3,265.18
COMMENT:  601918038857/SCH*GEMB CARE CRDT

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 3590

---

**NORTHLAND GROUP INC.**
PO BOX 390905

MINNEAPOLIS, MN  55439

Trustee Claim Number: 10   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  NT ADR/SCH~CAPITAL ONE/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 8127

| | | |
|---|---|---|
| **PLAIN GREEN LLC++** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: CUSTOMER SUPPORT | Court Claim Number: | ACCOUNT NO.:  1438 |
| 93 MACK RD STE 600 POB 255 | | |
| | CLAIM:  0.00 | |
| BOX ELDER, MT  59521 | COMMENT: | |

| | | |
|---|---|---|
| **PALISADES ACQUISITION/PALISADES CLLCTNS** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES | Court Claim Number:2 | ACCOUNT NO.:  0424 |
| POB 40728 | | |
| | CLAIM:  127.93 | |
| HOUSTON, TX  77240 | COMMENT:  814459210/SCH*VERIZON | |

| | | |
|---|---|---|
| **ADVANTAGE ASSETS II INC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 7322 SOUTHWEST FREEWAY STE 1600 | Court Claim Number:1 | ACCOUNT NO.:  3231 |
| | CLAIM:  487.90 | |
| HOUSTON, TX  77074 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:5 | ACCOUNT NO.:  9486 |
| PO BOX 10826 | | |
| | CLAIM:  20,947.17 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  $CL-PL*1ST*THRU 7/12*FR BOA-DOC 78*FR WILMINGTON/RUSHMORE-D91 | |

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:5 | ACCOUNT NO.:  9486 |
| PO BOX 10826 | | |
| | CLAIM:  350.00 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/14*FR BOA-DOC 78*FR WILM | |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| WELTMAN WEINBERG & REIS CO LP | Court Claim Number: | ACCOUNT NO.: |
| 2500 KOPPERS BUILDING | | |
| 436 7TH AVE | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  WILMINGTON SVNGS~CHRISTIANA TRUST/PRAE | |