FILED
9/14/17 12.24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  12-11095-TPA |
| | : | |
| Joann Hickey | : | Chapter:  13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:  9/13/2017 |
| | : | Time:  10:00 |

### PROCEEDING MEMO

**MATTER:**    #97 Motion to Dismiss Case (Tee)
                #99 Reply by Debtor

**APPEARANCES:**

Debtor:     Stephen H. Hutzelman
Trustee:    Jana Pail

**NOTES:**

Hutzelman:    Wage Order still in effect.   I have funds.

Pail:          Long term debt to be taken over with Oct. payment.   $1,741 is due.

**OUTCOME:**    Continued to 11/29/17 at 10am.   MOE

jlm