**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/21/17 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br> JOANN HICKEY<br><br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>    vs.<br>JOANN HICKEY<br><br>    Respondents | Case No.12-11095TPA<br><br>Chapter 13<br><br>Document No.___103___ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___21st___ day of September, 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

Seaway Manufacturing
Attn: Payroll Manager
2250 East 33Rd St
Erie, PA 16510

is hereby ordered to immediately terminate the attachment of the wages of JOANN HICKEY, social security number XXX-XX-1241. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOANN HICKEY.

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

BY THE COURT:

_[signature]_
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joann Hickey  
    Debtor

Case No. 12-11095-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Sep 21, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.  
db          +Joann Hickey,   1802 E. 4th Street,   Erie, PA 16511-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James  Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com  
         Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com, joseph.schalk@phelanhallinan.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Stephen H. Hutzelman    on behalf of Debtor Joann  Hickey shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
         Theodore B. Ely, II    on behalf of Debtor Joann  Hickey tely@shapiralaw.com, elytheodore466@gmail.com  
         Theodore B. Ely, II    on behalf of Plaintiff Joann  Hickey tely@shapiralaw.com, elytheodore466@gmail.com  
                                                                                          TOTAL: 10