FILED
9/28/17 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Joann Hickey | ) | Case No. 12-11095TPA |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Doc #___97___ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| Joann Hickey | ) | |
| | ) | |
| Respondent | ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on August 1, 2017 (document #97) is hereby WITHDRAWN. Therefore, the hearing scheduled for November 29, 2017, is cancelled.

Respectfully submitted

9/27/17                                   /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
September 28, 2017

*(signature)*
vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joann Hickey
    Debtor

Case No. 12-11095-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Sep 28, 2017
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
db           +Joann Hickey,    1802 E. 4th Street,    Erie, PA 16511-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com
         Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com, sromig@barley.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Stephen H. Hutzelman    on behalf of Debtor Joann  Hickey shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
         Theodore B. Ely, II    on behalf of Debtor Joann  Hickey tely@shapiralaw.com, elytheodore466@gmail.com
         Theodore B. Ely, II    on behalf of Plaintiff Joann  Hickey tely@shapiralaw.com, elytheodore466@gmail.com
                                                                                                            TOTAL: 10