Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Joann Hickey** | : | Case No. 12−11095−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 111 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 2/7/18 at 12:00 PM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *22nd day of November, 2017*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 111 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before January 8, 2018*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *February 7, 2018 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                              Case No. 12-11095-TPA
Joann Hickey                                                        Chapter 13
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                  Page 1 of 2                  Date Rcvd: Nov 22, 2017
                               Form ID: 300a               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db             +Joann Hickey,   1802 E. 4th Street,   Erie, PA 16511-1004
cr             +BANK OF AMERICA, N.A.,   2380 Performance Dr,   Richardson, TX 75082-4333
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,   c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC   29603-0826
13436546       +Allcare Dental,   6660 Peach Street,   Erie, PA 16509-7720
13436547        Arrow Financial Service,   5996 West Touhy Ave.,   Niles,  IL  60714-4610
13436548       +Bank of America,   9700 Bissonnet Street,   Suite 1500,   Houston, TX 77036-8013
13535994       +Bank of America, N.A.,   c/of D. Troy Sellers, Esquire,   1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,   Philadelphia, PA 19103-1823
13535420       +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
13436549       +Brad Harvey,   1802 East 4th St.,   Erie, PA 16511-1004
13436551       +CMI,   4200 International Parkway,   Carrollton, TX 75007-1930
13436552        CNAC-OH 105,   15200 Lorain Avenue,   Cleveland, OH  44111-5531
13436550       +Capital One Bank,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
14120379        CitiFinancial Servicing LLC,   P.O. Box 6043,   Sioux Falls, SD 57117-6043
13436555       +Northland Group Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
13436558        Verizon,   500 Technology Drive,   Harrisburg, PA 17111
14252906        WILMINGTON SAVINGS FUND SOCIETY, BCAT 2014-9TT,   c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13445080       +E-mail/Text: ebn@ltdfin.com Nov 23 2017 02:06:54      Advantage Assets II, Inc.,
                 7322 Southwest Frwy., Suite 1600,   Houston, TX 77074-2134
13507218        E-mail/Text: bknotice@crgofusa.com Nov 23 2017 02:08:32
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
13436553       +E-mail/Text: ebn@ltdfin.com Nov 23 2017 02:06:54      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
13436554       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2017 02:06:04      LVNV Funding,
                 P.O. Box 10497,   Greenville, SC 29603-0497
13436556       +E-mail/PDF: cbp@onemainfinancial.com Nov 23 2017 02:04:29      One Main Financial,
                 7200 Peach Street,   Erie, PA 16509-4754
13483304        E-mail/PDF: cbp@onemainfinancial.com Nov 23 2017 02:04:59      One Main Financial,
                 P.O. Box 6043,   Sioux Falls, SD  57117-6043
13483295        E-mail/PDF: cbp@onemainfinancial.com Nov 23 2017 02:04:29      OneMain Financial,
                 P.O. Box 70911,   Charlotte, NC 28272-0911
13535996        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:19:37
                 Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA  23541
13535447        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 02:19:59
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13461253        E-mail/Text: ebn@vativrecovery.com Nov 23 2017 02:06:51      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,   Houston TX 77240-0728
13436557       +E-mail/Text: bankruptcypgl@plaingreenloans.com Nov 23 2017 02:08:34      Plain Green,
                 Attn.: Customer Service,   93 Mack Road,   P.O. Box 270,   Box Elder, MT 59521-0270
14060894       +E-mail/Text: Bankruptcy@wsfsbank.com Nov 23 2017 02:09:12
                 Wilmington Savings Fund Society, FSB, et al,   500 Delaware Avenue, 11th Floor,
                 Wilmington, DE 19801-7405
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*             Citifinancial Servicing LLC,   P.O. Box 6043,   Sioux Falls, SD 57117-6043
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: jmar                  Page 2 of 2                   Date Rcvd: Nov 22, 2017
                               Form ID: 300a               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
           2014-9TT agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
           2014-9TT bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
           sromig@barley.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stephen H. Hutzelman    on behalf of Debtor Joann  Hickey shutzelman@shapiralaw.com,
           shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
          Theodore B. Ely, II    on behalf of Debtor Joann  Hickey tely@shapiralaw.com,
           elytheodore466@gmail.com
          Theodore B. Ely, II    on behalf of Plaintiff Joann  Hickey tely@shapiralaw.com,
           elytheodore466@gmail.com
                                                                                              TOTAL: 10
```