Form 317 (63b–D)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joann Hickey** | : | Case No. 12–11095–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

    In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a ***Statement of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a certification substantially conforming to *Official Form No. 423*, i.e., a ***Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a ***Certification of Discharge Eligibility***.

    ***AND NOW***, this ***The 19th of January, 2018***, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is ***DEEMED CLOSED, without entry of a discharge order***. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 12-11095-TPA
Joann Hickey                                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1                User: jmar              Page 1 of 2              Date Rcvd: Jan 19, 2018
                                    Form ID: 317            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
```
db             +Joann Hickey,    1802 E. 4th Street,    Erie, PA 16511-1004
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC   29603-0826
13436546       +Allcare Dental,    6660 Peach Street,    Erie, PA 16509-7720
13436547        Arrow Financial Service,    5996 West Touhy Ave.,    Niles, IL  60714-4610
13436548       +Bank of America,    9700 Bissonnet Street,    Suite 1500,    Houston, TX 77036-8013
13535994       +Bank of America, N.A.,    c/of D. Troy Sellers, Esquire,    1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
13535420       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13436549       +Brad Harvey,    1802 East 4th St.,    Erie, PA 16511-1004
13436551       +CMI,    4200 International Parkway,    Carrollton, TX 75007-1930
13436552        CNAC-OH 105,    15200 Lorain Avenue,    Cleveland, OH  44111-5531
13436550       +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14120379        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
13436555       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13436558        Verizon,    500 Technology Drive,    Harrisburg, PA 17111
14252906        WILMINGTON SAVINGS FUND SOCIETY, BCAT 2014-9TT,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13445080       +E-mail/Text: ebn@ltdfin.com Jan 20 2018 02:31:07      Advantage Assets II, Inc.,
                 7322 Southwest Frwy., Suite 1600,    Houston, TX 77074-2134
13507218        E-mail/Text: bknotice@crgofusa.com Jan 20 2018 02:32:05
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
13436553       +E-mail/Text: ebn@ltdfin.com Jan 20 2018 02:31:07      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13436554       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2018 02:26:35      LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13436556       +E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:52      One Main Financial,
                 7200 Peach Street,    Erie, PA 16509-4754
13483304        E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:25      One Main Financial,
                 P.O. Box 6043,    Sioux Falls, SD  57117-6043
13483295        E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:26:23      OneMain Financial,
                 P.O. Box 70911,    Charlotte, NC 28272-0911
13535996        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 03:02:25
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13535447        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 03:02:09
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13461253        E-mail/Text: ebn@vativrecovery.com Jan 20 2018 02:31:06      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
13436557       +E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 20 2018 02:32:06      Plain Green,
                 Attn.: Customer Service,    93 Mack Road,    P.O. Box 270,    Box Elder, MT 59521-0270
14060894       +E-mail/Text: Bankruptcy@wsfsbank.com Jan 20 2018 02:32:33
                 Wilmington Savings Fund Society, FSB, et al,    500 Delaware Avenue, 11th Floor,
                 Wilmington, DE 19801-7405
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*             Citifinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD  57117-6043
                                                                                                TOTALS: 3, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: jmar                Page 2 of 2              Date Rcvd: Jan 19, 2018
                              Form ID: 317              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk     on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman     on behalf of Debtor Joann  Hickey shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Theodore B. Ely, II     on behalf of Debtor Joann  Hickey tely@shapiralaw.com,
               elytheodore466@gmail.com
              Theodore B. Ely, II     on behalf of Plaintiff Joann  Hickey tely@shapiralaw.com,
               elytheodore466@gmail.com
                                                                                            TOTAL: 10
```