FILED
1/19/18 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JOANN HICKEY

          Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:12-11095 TPA

Chapter 13

Document No.: 111

### ORDER OF COURT

   AND NOW, this ___19th___ day of ___January___, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   ~~(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.~~

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT,

_/s/ Thomas P. Agresti_
U.S. BANKRUPTCY JUDGE    jlm

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 12-11095-TPA
Joann Hickey                                                       Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1             User: jmar                 Page 1 of 2           Date Rcvd: Jan 19, 2018
                                 Form ID: pdf900            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Joann Hickey,    1802 E. 4th Street,    Erie, PA 16511-1004
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
13436546       +Allcare Dental,    6660 Peach Street,    Erie, PA 16509-7720
13436547        Arrow Financial Service,    5996 West Touhy Ave.,    Niles, IL 60714-4610
13436548       +Bank of America,    9700 Bissonnet Street,    Suite 1500,    Houston, TX 77036-8013
13535994       +Bank of America, N.A.,    c/of D. Troy Sellers, Esquire,    1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
13535420       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13436549       +Brad Harvey,    1802 East 4th St.,    Erie, PA 16511-1004
13436551       +CMI,    4200 International Parkway,    Carrollton, TX 75007-1930
13436552        CNAC-OH 105,    15200 Lorain Avenue,    Cleveland, OH 44111-5531
13436550       +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14120379        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
13436555       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13436558        Verizon,    500 Technology Drive,    Harrisburg, PA 17111
14252906        WILMINGTON SAVINGS FUND SOCIETY, BCAT 2014-9TT,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13445080       +E-mail/Text: ebn@ltdfin.com Jan 20 2018 02:31:07     Advantage Assets II, Inc.,
                 7322 Southwest Frwy., Suite 1600,    Houston, TX 77074-2134
13507218        E-mail/Text: bknotice@crgofusa.com Jan 20 2018 02:32:05
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
13436553       +E-mail/Text: ebn@ltdfin.com Jan 20 2018 02:31:07     LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13436554       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2018 02:26:34      LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13436556       +E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:54      One Main Financial,
                 7200 Peach Street,    Erie, PA 16509-4754
13483304        E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:52      One Main Financial,
                 P.O. Box 6043,    Sioux Falls, SD 57117-6043
13483295        E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:53      OneMain Financial,
                 P.O. Box 70911,    Charlotte, NC 28272-0911
13535996        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 02:46:43
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13535447        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 02:46:43
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13461253        E-mail/Text: ebn@vativrecovery.com Jan 20 2018 02:31:06      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
13436557       +E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 20 2018 02:32:06      Plain Green,
                 Attn.: Customer Service,    93 Mack Road,    P.O. Box 270,    Box Elder, MT 59521-0270
14060894       +E-mail/Text: Bankruptcy@wsfsbank.com Jan 20 2018 02:32:34
                 Wilmington Savings Fund Society, FSB, et al,    500 Delaware Avenue, 11th Floor,
                 Wilmington, DE 19801-7405
                                                                                                 TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
cr*             Citifinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: jmar                  Page 2 of 2           Date Rcvd: Jan 19, 2018
                              Form ID: pdf900             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
           2014-9TT agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
           2014-9TT bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
           sromig@barley.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stephen H. Hutzelman    on behalf of Debtor Joann  Hickey shutzelman@shapiralaw.com,
           shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
          Theodore B. Ely, II    on behalf of Debtor Joann  Hickey tely@shapiralaw.com,
           elytheodore466@gmail.com
          Theodore B. Ely, II    on behalf of Plaintiff Joann  Hickey tely@shapiralaw.com,
           elytheodore466@gmail.com
                                                                                             TOTAL: 10
```