IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-11095 |
| JOANN HICKEY, | : | |
| Debtor | : | CHAPTER 13 |
| -------------------------------------- | : | |
| JOANN HICKEY, | : | |
| Movant | : | |
| vs. | : | RELATED TO DOCUMENT NO. 116 |
| | : | |
| NO RESPONDENT | : | |

<u>CERTIFICATE OF SERVICE OF ORDER VACATING DISMISSAL</u>

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on January 22, 2018.

The method of service made on the parties: as stated on the attached sheet

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: January 23, 2018

Respectfully submitted,

SHAPIRA, HUTZELMAN & SMITH

By: /s/ Stephen H. Hutzelman, Esq.
305 West Sixth Street
Erie, PA 16507
Phone: (814) 452-6800
Fax: (814) 456-2227
E-mail: shutzelman@shapiralaw.com
PA ID 06541

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov